# EXHIBIT C

**FSMQ Slushie Machine (*Asin: B0DT429T6D*) non-infringement contention -US Pat. No. 12,279,629 ('629 patent)**

| Claims 1-25 of '629 Patent | FSMQ Slushie Machine Non-infringement contention |
|---|---|
| **1**. A mixing vessel for a frozen drink maker, the mixing vessel comprising:<br>a curved sidewall defining a vessel chamber therein, wherein the vessel chamber includes a front, a rear, a right side, a left side, and a top;<br>a corner baffle positioned at the front and the top of the vessel chamber on either the right side or the left side, wherein the corner baffle is configured to direct slush flow within the vessel chamber; and<br>a front baffle positioned at the front of the vessel chamber extending from the left side toward the right side across the top. | **I.     INTRODUCTION**<br><br>The '629 Patent is directed to mixing vessels for frozen drink makers featuring specific internal baffle (side baffle 105, front baffle 107, corner baffle 109) configurations allegedly for controlling slush flow and preventing buildup. The FSMQ Slushie Machine employs a distinct design that does not incorporate the claimed baffle configurations of the '629 Patent. Specifically, the FSMQ Slushie Machine at least lacks the "front baffle" limitation recited in all independent claims (Claims 1, 13, and 20) of the '629 Patent, a feature purportedly designed to prevent slush buildup at the top front of the vessel. Furthermore, for independent claims 1 and 12, the FSMQ Slushie Machine also lacks the claimed "corner baffle." Consequently, as the independent claims are not infringed, the dependent claims are also not infringed. See '629 Patent's figure 5A (annotated) below:<br><br>[Annotated FIG. 5A showing: 100. frozen drink maker; C. line; 122. upper housing section; B. line; 106. opening; 104. vessel; 107. baffle; 108. dispenser assembly; 105. baffle; C. line; 109. corner baffle] |

*FSMQ Slushie Machine non-infringement contention -US Pat. No. 12,279,629 ('629 patent)*

## II. THE FSMQ SLUSHIE MACHINE – FSMQ SLUSHIE MACHINE

The FSMQ Slushie Machine is designed for producing slushie beverages. Its mixing vessel incorporates a single "side baffle," the primary purpose of which is to enhance the agitation and mixing efficiency of slushie ingredients.

The FSMQ Slushie Machine also features a "mold-release beveled edge" along the top front periphery of its vessel chamber. This beveled edge is a subtle (approximately 30-45° chamfer, typically less than 10mm, and hardly visible) and conventional manufacturing feature, common in the art of injection-molded plastic components. Its presence, uniformly distributed around the front opening, serves two primary purposes: (1) to facilitate the easy release of the vessel from its manufacturing mold by eliminating negative draft angles, and (2) to contribute to the overall aesthetic symmetry of the product. See FSMQ Slushie Machine's figures below:



*FSMQ Slushie Machine non-infringement contention -US Pat. No. 12,279,629 ('629 patent)*





This mold-release beveled edge is structurally and functionally distinct from the "front baffle" claimed in the '629 Patent. It was not designed, intended, nor does it operate, to actively control slush flow or prevent slush buildup at the top front of the vessel chamber. Being an integral part of the vessel chamber's top edge, when slush contacts this beveled edge, it is effectively contacting the top periphery of the chamber itself. During operation, particularly with higher viscosity formulations, the FSMQ Slushie Machine may exhibit some slush or ice accumulation at the top front of the vessel chamber, a natural consequence in machines lacking the specific anti-buildup structures described in the '629 Patent. This is in direct contrast to the purported function of the '629 Patent's front baffle.



Additionally, during cleaning or when emptying the vessel, this beveled edge can act as a "fracture seam," aiding in the clean detachment of any residual frozen product from the vessel walls. This cleaning-related benefit is entirely distinct from the operational slush-flow control function attributed to the '629 Patent's front baffle.

### III.   NON-INFRINGEMENT OF INDEPENDENT CLAIM 1 OF THE '629 PATENT

#### A.  No Literal Infringement of Claim 1

The FSMQ Slushie Machine does not literally infringe Claim 1 as it lacks both the claimed "front baffle" and the claimed "corner baffle."

##### 1.  Absence of the Claimed "Front Baffle"

The FSMQ Slushie Machine 's "mold-release beveled edge" is not the "front baffle" of Claim 1 for at least the following reasons:

**Structural Dissimilarity:** The '629 Patent's "front baffle" (e.g., 107) is a distinct, significantly sized structure projecting inwardly at an angle, positioned at the front of the vessel chamber and extending across its top to redirect contents. ('629 Patent, spec., col. 13, ll. 40-62; col. 14, ll. 1-5; FIGS. 5A, 5C, 6C). The FSMQ Slushie Machine 's mold-release beveled edge is a minor, integral chamfer (<10mm, 30-45°) on the outer surface of the top-front rounded corner of the vessel chamber. It does not project inwardly or extend across the top as a separate flow-directing element. Its form is dictated by standard injection molding draft angle requirements and aesthetic symmetry around the vessel's front periphery, not by slush dynamic control considerations.

**Functional Dissimilarity:** The '629 Patent's front baffle is explicitly "configured to urge contents away from the top surface of the vessel chamber to avoid buildup and overflow." The FSMQ Slushie Machine 's

|  | mold-release beveled edge primarily serves manufacturing (demolding) and aesthetic purposes. It is not designed to, and does not, prevent slush from reaching or accumulating at the top front of the chamber during operation. A secondary, incidental benefit during cleaning is its role as a "fracture seam" for easy removal of ice remnants, a function unrelated to the claimed operational slush control.<br><br>**Resultant Dissimilarity:** The '629 Patent's front baffle is intended to prevent/reduce slush buildup at the top front. The FSMQ Slushie Machine , lacking such a structure, allows slush to interact with the top front of the chamber, where some accumulation can occur, a behavior contrary to the outcome described for the '629 Patent's front baffle.<br><br>### 2. Absence of the Claimed "Corner Baffle"<br><br>Claim 1 further requires a "corner baffle positioned at the front and the top of the vessel chamber on either the right side or the left side." The FSMQ Slushie Machine contains no such distinct structure. It features only a single side baffle for agitation. There is no element in the FSMQ Slushie Machine that meets the description of the '629 Patent's corner baffle.<br><br>### B. No Infringement of Claim 1 Under the Doctrine of Equivalents<br><br>The FSMQ Slushie Machine 's mold-release beveled edge is not equivalent to the claimed "front baffle." It does not perform substantially the same function (demolding/aesthetics/cleaning-aid vs. preventing top-front slush buildup during operation), in substantially the same way (minor integral edge vs. distinct projecting angled surface), to achieve substantially the same result (facilitating manufacturing and permitting slush interaction with the top vs. preventing top-front slush buildup). The differences are substantial. Likewise, the complete absence of any structure performing the function of the claimed "corner baffle" in the FSMQ Slushie Machine precludes a finding of equivalence for that limitation. |
|---|---|
| 2. The mixing vessel of claim 1, wherein the mixing vessel is configured to accommodate a dasher that rotates within the vessel chamber about an axis and the corner baffle is positioned such that the dasher directs mixing vessel contents toward the corner baffle and upwardly within the vessel chamber.<br>3. The mixing vessel of claim 2, wherein from a perspective facing the front of the vessel chamber, the corner baffle is positioned on the left side of the vessel chamber and the dasher is arranged to rotate in a clockwise direction. | Claims 2-12 of the '629 Patent are dependent upon Claim 1. As FSMQ's Product does not infringe independent Claim 1, , it |

| | |
|---|---|
| 4. The mixing vessel of claim 1, wherein the corner baffle extends out from the front into the vessel chamber at a relatively constant distance.<br>5. The mixing vessel of claim 1, further comprising a side baffle extending laterally along the vessel chamber from the front toward the rear.<br>6. The mixing vessel of claim 5, wherein the side baffle is positioned on the left side or the right side of the vessel chamber.<br>7. The mixing vessel of claim 6, wherein the side baffle and the corner baffle are both positioned on either the left side or the right side of the vessel chamber.<br>8. The mixing vessel of claim 5, wherein the side baffle includes a curved surface that protrudes into an interior of the vessel chamber.<br>9. The mixing vessel of claim 1, further comprising a side baffle extending laterally along the vessel chamber from the front toward the rear, wherein the corner baffle has a curved surface that extends from the side baffle toward the front baffle.<br>10. The mixing vessel of claim 1, wherein the vessel chamber has an at least partially oval-shaped cross-section.<br>11. The mixing vessel of claim 1, wherein the mixing vessel further comprises a vertical protrusion at the front.<br>12. The mixing vessel of claim 1, wherein a portion of the front of the vessel chamber extends above at least one of: a front edge of the front baffle, a front edge of the corner baffle, or any combination thereof. | necessarily does not infringe any claims that depend therefrom. |
| **13**. A mixing vessel for a frozen drink maker, the mixing vessel comprising:<br>a curved sidewall defining a vessel chamber therein, wherein the vessel chamber includes a front, a rear, a right side, a left side, and a top;<br>a corner baffle positioned at the front and the top of the vessel chamber on either the right side or the left side;<br>a side baffle extending laterally along the vessel chamber from the front toward the rear; and<br>a front baffle positioned at the front of the vessel chamber extending from the left side toward the right side across the top. | **No Literal Infringement of Claim 13**<br>The FSMQ Slushie Machine does not literally infringe Claim 12 as it lacks at least the "front baffle" and the "corner baffle" as claimed.<br><br>**Absence of the Claimed "Front Baffle":** The reasons are identical to those detailed for Claim 1.<br><br>**Absence of the Claimed "Corner Baffle":** The reasons are identical to those detailed for Claim 1. Although the FSMQ Slushie Machine has a side baffle, Claim 13 requires this in addition to a front baffle and a corner baffle.<br><br>**No Infringement of Claim 13 Under the Doctrine of Equivalents:**<br><br>For the reasons stated regarding Claim 1, the mold-release beveled edge is not equivalent to the claimed "front baffle." Similarly, the FSMQ Product lacks any structure that is an equivalent to the claimed "corner baffle. |

| | | |
|---|---|---|
| 14. The mixing vessel of claim 13, wherein the side baffle and the corner baffle are both positioned on either the left side or the right side of the vessel chamber.<br>15. The mixing vessel of claim 14, wherein the mixing vessel is configured to accommodate a dasher that rotates within the vessel chamber about an axis, and the corner baffle and the side baffle are positioned such that the dasher is directed toward the corner baffle and the side baffle and upwardly within the vessel chamber.<br>16. The mixing vessel of claim 15, wherein the corner baffle and the side baffle are positioned on the left side of the vessel chamber and the dasher is arranged to rotate in a clockwise direction.<br>17. The mixing vessel of claim 13, wherein the corner baffle extends out from the front into the vessel chamber at a relatively constant distance.<br>18. The mixing vessel of claim 13, wherein the mixing vessel further comprises a vertical protrusion at the front.<br>19. The mixing vessel of claim 13, wherein a portion of the front of the vessel chamber extends above at least one of: a front edge of the front baffle, a front edge of the corner baffle, or any combination thereof. | | Claims 14-19 of the '629 Patent are dependent upon Claim 13. As FSMQ's Product does not infringe independent Claim 13, it necessarily does not infringe any claims that depend therefrom. |
| 20. A frozen drink maker comprising:<br>a mixing vessel comprising a curved sidewall defining a vessel chamber having a front, a rear, a right side, a left side, and a top;<br>a housing with an upper housing section abutting the rear of the mixing vessel;<br>a dasher arranged to rotate within the mixing vessel about an axis; and<br>a dispenser assembly at the front of the mixing vessel,<br>wherein the mixing vessel comprises at least two internal baffles configured to control direct slush flow within the vessel chamber, the at least two internal baffles comprising a front baffle positioned at the front of the vessel chamber extending from the left side toward the right side across the top. | 1. **No Literal Infringement of Claim 20:**<br>The FSMQ Slushie Machine does not literally infringe Claim 20 because it lacks the specifically claimed "front baffle" as one of the "at least two internal baffles."<br><br>**Absence of the Claimed "Front Baffle":** The reasons are identical to those detailed for Claim 1. The FSMQ Slushie Machine's mold-release beveled edge does not meet the structural or functional limitations of the "front baffle" required by Claim 20. While the FSMQ machine includes one internal baffle (its side baffle, primarily for agitation efficiency), it does not contain the *claimed type* of "front baffle." Therefore, it fails to meet the limitation that "the at least two internal baffles comprising a front baffle" as defined in the '629 patent.<br><br>2. **No Infringement of Claim 20 Under the Doctrine of Equivalents:**<br>For the reasons detailed for Claim 1, the mold-release beveled edge is not an equivalent of the claimed "front baffle." Consequently, the FSMQ Slushie Machine does not have an equivalent structure that would satisfy the requirement for one of the "at least two internal baffles" to | |

| | be the claimed "front baffle." | |
|---|---|---|
| 21. The frozen drink maker of claim 20, wherein the mixing vessel includes at least three internal baffles configured to direct slush flow within the vessel chamber.<br>22. The frozen drink maker of claim 21, wherein the at least three internal baffles include:<br>a corner baffle positioned at a front and a top of the vessel chamber on either the right side or the left side;<br>a side baffle extending laterally along the vessel chamber from the front toward the rear; and<br>the front baffle.<br>23. The frozen drink maker of claim 22, wherein the dasher rotates in a clockwise direction, and the corner baffle and the side baffle are positioned on the left side of the vessel chamber when viewed from the front of the frozen drink maker.<br>24. The frozen drink maker of claim 20, wherein the mixing vessel further comprises a vertical protrusion at the front.<br>25. The frozen drink maker of claim 20, wherein a portion of the front of the vessel chamber extends above a front edge of the front baffle. | | Claims 21-25 of the '629 Patent are dependent upon Claim 20. As FSMQ's Product does not infringe independent Claim 20, it necessarily does not infringe any claims that depend therefrom. |