HONORABLE DAVID W. CHRISTEL

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FOSHAN MACJERRY TECHNOLOGY CO., LTD.,<br><br>*Plaintiff,*<br><br>v.<br><br>SHARKNINJA OPERATING LLC,<br><br>*Defendant.* | Case No. 2:25-cv-00954-DWC<br><br>SHARKNINJA OPERATING LLC, AND SHARKNINJA SALES COMPANY'S CORPORATE DISCLOSURE STATEMENT |
| SHARKNINJA OPERATING LLC, and SHARKNINJA SALES COMPANY,<br><br>*Counterclaim-Plaintiffs,*<br><br>v.<br><br>FOSHAN MACJERRY TECHNOLOGY CO., LTD.,<br><br>*Counterclaim-Defendant.* | |

**PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs SharkNinja Operating LLC and SharkNinja Sales Company (collectively, "SharkNinja"), by and through its undersigned counsel, state that:

SHARKNINJA OPERATING LLC, AND SHARKNINJA SALES COMPANY'S CORPORATE DISCLOSURE STATEMENT- 1
(Case No. 2:25-cv-00954-DWC)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

The parent company of SharkNinja Operating LLC is SharkNinja Midco LLC. The parent company of SharkNinja Sales Company is SharkNinja Operating LLC. SharkNinja, Inc. holds 10% or more of the stock or interests in SharkNinja Operating LLC, SharkNinja Sales Company, and SharkNinja Midco LLC.

DATED this 24th day of June, 2025.

                            CORR CRONIN LLP

                            *s/ Eric A. Lindberg*
                            Eric A. Lindberg, WSBA No. 43596
                            1015 Second Avenue, Floor 10
                            Seattle, Washington 98104-1001
                            Telephone: (206) 625-8600
                            elindberg@corrcronin.com

                            Brian Rosenthal (*Pro hac vice forthcoming*)
                            GIBSON, DUNN & CRUTCHER LLP
                            200 Park Avenue
                            New York, NY 10166-0193
                            Telephone: (212) 351-4000
                            brosenthal@gibsondunn.com

                            Brian Buroker (*Admitted pro hac vice*)
                            David Brzozowski (*pro hac vice forthcoming*)
                            GIBSON, DUNN & CRUTCHER LLP
                            1700 M Street, N.W.
                            Washington, D.C. 20036-4504
                            Telephone: (202) 955-8500
                            bburoker@gibsondunn.com
                            dbrzozowski@gibsondunn.com

                            David Glandorf (*Admitted pro hac vice*)
                            GIBSON, DUNN & CRUTCHER LLP
                            1900 Lawrence St.
                            Denver, CO 80202-2211
                            Telephone: (303) 298-5700
                            dglandorf@gibsondunn.com

SHARKNINJA OPERATING LLC, AND SHARKNINJA SALES COMPANY'S CORPORATE DISCLOSURE STATEMENT- 2
(Case No. 2:25-cv-00954-DWC)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1
2
3
4
5
6
7
8   *Attorneys for SharkNinja Operating LLC, and SharkNinja Sales Company*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

SHARKNINJA OPERATING LLC, AND SHARKNINJA SALES COMPANY'S CORPORATE DISCLOSURE STATEMENT- 3
(Case No. 2:25-cv-00954-DWC)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900