HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FOSHAN MACJERRY TECHNOLOGY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> SHARKNINJA OPERATING LLC, <br><br> Defendant. <br><br> SHARKNINJA OPERATING LLC, and SHARKNINJA SALES COMPANY, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> FOSHAN MACJERRY TECHNOLOGY CO., LTD., <br><br> Counterclaim-Defendant. | Case No. 2:25-cv-00954-TL <br><br> DECLARATION OF MIGUEL SANTIAGO IN SUPPORT OF SHARKNINJA OPERATING LLC'S AND SHARKNINJA SALES COMPANY'S MOTION TO TRANSFER |

DECLARATION OF MIGUEL SANTIAGO IN
SUPPORT OF SHARKNINJA'S MOTION TO
TRANSFER - 1
Case No. 2:25-cv-00954-TL

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

I, Miguel Santiago, hereby declare as follows:

1. I am a Senior Director of Financial Reporting for the SharkNinja family of companies. I have served in this role since November, 2022.

2. I am a resident of the United States and over the age of 21. I make this Declaration based on my personal knowledge and in support of the Motion to Transfer filed by Defendant and Counterclaim-Plaintiffs SharkNinja Operating LLC and SharkNinja Sales Company. Unless otherwise stated, I have personal knowledge about the matters set forth below. If called upon to do so, I could and would testify competently to the facts contained in this Declaration.

3. I am responsible for overseeing the Company's global financial reporting processes and ensuring compliance with applicable accounting standards and technical accounting requirements. I live in Massachusetts and work in Needham, Massachusetts.

4. I understand that Foshan Macjerry Technology Co., Ltd. ("Macjerry") filed an action for declaratory judgment of noninfringement of SharkNinja's U.S. Patent No. 12,279,629 the ("'629 Patent). I further understand that in its Answer and Counterclaims, SharkNinja asserted claims of infringement of the '629 Patent, as well as U.S. Patent No. 12,285,028 (the "'028 Patent") and U.S. Design Patent No. D1,076,580 (the "'580 Patent") (collectively, the "Asserted Patents"). I understand that the product accused of infringing SharkNinja's Asserted Patents is a slushie machine bearing Amazon ASIN No. B0DT429T6D (the "Accused Product"). Lastly, I understand that Macjerry has asserted non-infringement and invalidity defenses to SharkNinja's Counterclaims of patent infringement.

5. SharkNinja designs and sells home appliance products, and currently offers over 20 categories of home appliance products, including floorcare products, environmental products (such as fans and air purifiers), kitchen and indoor cooking appliances, and frozen drink makers and systems.

DECLARATION OF MIGUEL SANTIAGO IN
SUPPORT OF SHARKNINJA'S MOTION TO
TRANSFER - 2
Case No. 2:25-cv-00954-TL

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

6. In 2024, SharkNinja launched the Ninja SLUSHi Professional Frozen Drink Maker (the "SLUSHi").

7. SharkNinja's headquarters and principal place of business is located in Needham, Massachusetts, with an address at 89 A Street, Suite 100, Needham, MA 02494. SharkNinja also has two other locations in Walpole, Massachusetts and Waltham, Massachusetts.

8. SharkNinja's sales, finance, operations, marketing, product development, and engineering relating to the technology claimed in the Asserted Patents and the SLUSHi is managed out of Needham, Massachusetts. No aspect of any of these functions for the SLUSHi occur in Washington state.

9. In addition to Massachusetts, SharkNinja also has locations in Irvine and Chino, California; Madison, Tennessee; Minneapolis, Minnesota; and Auburn, Alabama. SharkNinja does not have any presence or locations located within Washington state.

10. Over 1,000 employees of SharkNinja work out of SharkNinja's office locations in Massachusetts, more than any other state in the United States

11. Vipul Mone, one of the named inventors on the Asserted Patents, is an employee of SharkNinja and currently works out of SharkNinja's Needham, Massachusetts headquarters. Mr. Mone is also a resident of Massachusetts.

12. Michael Lerman, another of the named inventors on the Asserted Patents, is an employee of SharkNinja and currently works out of SharkNinja's Needham, Massachusetts headquarters. Mr. Mone is also a resident of Rhode Island.

13. Named inventors Alexander Mularski and Macrae Benziger are no longer employed by SharkNinja.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DECLARATION OF MIGUEL SANTIAGO IN
SUPPORT OF SHARKNINJA'S MOTION TO
TRANSFER - 3
Case No. 2:25-cv-00954-TL

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Executed on October 27, 2025 in Needham, Massachusetts.

_____
Miguel Santiago

DECLARATION OF MIGUEL SANTIAGO IN
SUPPORT OF SHARKNINJA'S MOTION TO
TRANSFER - 4
Case No. 2:25-cv-00954-TL

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900